| | |
|---|---|
| **Owner Name:** Jacquline Smith | **Prepared As Of:** 2/27/2025 12:00:00 AM |

**Vehicle Description:** 2023 (Year)    Hyundai (Make)    Tucson Utility 4D SEL AWD 2.5L I4 (Model)

5NMJBCAE3PHI98822 (Serial Number (VIN))    41,401 (Mileage)    (Plate)    Grey (Color)

| | No | Yes | | No | Yes | | No | Yes |
|---|---|---|---|---|---|---|---|---|
| Cruise Control | ☐ | ☒ | Leather Interior | ☒ | ☐ | Radio | ☐ | ☒ |
| Theft Deterrent | ☐ | ☒ | Manual | ☒ | ☐ | Automatic | ☐ | ☒ |
| Power Windows | ☐ | ☒ | Heated Seats | ☐ | ☒ | 4WD/AWD | ☐ | ☒ |
| Power Seats | ☐ | ☒ | Air Conditioning | ☐ | ☒ | 3rd Row Seating | ☒ | ☐ |
| Power Door Locks | ☐ | ☒ | Power Sunroof | ☒ | ☐ | Rear Entertainment | ☒ | ☐ |

Other Items:

| | Good | Fair | Poor | | Good | Fair | Poor |
|---|---|---|---|---|---|---|---|
| Grill | ☐ | ☒ | ☐ | Left Fender | ☐ | ☒ | ☐ |
| Front Bumper | ☐ | ☒ | ☐ | Left Door | ☐ | ☐ | ☒ |
| Hood | ☐ | ☒ | ☐ | Left Quarter Panel | ☐ | ☒ | ☐ |
| Right Fender | ☐ | ☒ | ☐ | Interior | ☐ | ☒ | ☐ |
| Right Door | ☐ | ☒ | ☐ | Engine | ☐ | ☐ | ☒ |
| Right Quarter Panel | ☐ | ☒ | ☐ | Brakes | ☐ | ☐ | ☒ |
| Lights | ☐ | ☒ | ☐ | Paint Finish | ☐ | ☒ | ☐ |
| Rear Bumper | ☐ | ☒ | ☐ | Tires | ☐ | ☐ | ☒ |
| Roof | ☐ | ☒ | ☐ | | | | |

Comments:
4 new tires
replace brakes
tune up
scratch on a driver's side door
replace 1 tire pressure sensor

## Valuation Report: Based on Edmunds

| | Value |
|---|---|
| Average Base Value: | $17,577.00 |
| Mileage Class: Average: | |
| Add-ons/Deducts: | |
| tires | -$700.00 |
| pressure sensor | -$150.00 |
| tune up | -$500.00 |
| brakes | -$600.00 |
| scratch | -$75.00 |
| **Appraised Value:** | **$15,552.00** |

The above vehicle condition report was prepared for the purpose of making a secured loan on said collateral. By signing below, preparer of report certifies that information regarding collateral was ascertained via visual inspection or provided and collected in good faith from owner or owner's representative. Information as to vehicle's condition has been applied with due diligence in conjunction with current publications by an experienced valuation specialist. No other representations, direct or indirect, material or immaterial, are made, assured or implied by this report of any other member of 722 staff or management.

/s/   Alexcia Richard

Collateral Valuation Services, LLC
P O Box 8361, Cincinnati, Ohio 45208
(513) 284-8539