United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-30345 |
| JACQUELINE SMITH, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

### ORDER DENYING MOTION TO REDEEM PERSONAL PROPERTY

This matter is before the Court on the Motion for Authority to Redeem Personal Property (ECF No. 20) filed by the debtor. On March 19, 2025, this Court continued the hearing on this motion (ECF No. 22) because the movant had not given sufficient time for parties to respond. The Court ordered the movant to serve a copy of the order resetting hearing on all affected parties within 24 hours, or file and serve a hearing notice within 24 hours. The movant has failed to file a certificate of service showing that the hearing notice was served on all affected parties. Therefore, this motion must be denied.

**ACCORDINGLY, IT IS ORDERED** that the Motion for Authority to Redeem Personal Property is denied without prejudice.

SIGNED 03/31/2025

Jeffrey Norman
United States Bankruptcy Judge