United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 13, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-30345** |
| **JACQUELINE SMITH,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | **CHAPTER 7** |

### ORDER DENYING MOTION FOR AUTHORITY TO REDEEM

This matter is before the Court on the Motion for Authority to Redeem Personal Property (ECF No. 30) filed by the debtor.  The debtor is seeking to redeem a 2023 Hyundai Tuscon SEL Sport vehicle (the "Tucson") for $16,269.00.  On February 3, 2025,[1] the debtor listed theTucson on Schedule A/B with a value of $18,963.00. The debtor did not exempt the vehicle on Schedule C.  11 U.S.C. Section 521(a)(2)(A) requires debtors to state their intentions regarding collateral within 30 days of a bankruptcy filing. The debtor complied and the Statement of Intent states that she intends to retain the vehicle and pay.[2]  A debtor must act on the intention within 45 days of the first scheduled meeting of creditor under Section 521(a)(2)(6).  The meeting of creditors was held on February 25, 2025, and the deadline to redeem was April 11, 2025.  The debtor attempted numerous times to file a motion to redeem, but failed to comply with the Bankruptcy Local Rules, this Court's procedures or this Court's orders.[3]  Debtor did not seek an extension of the deadline to redeem, and the property thereafter is no longer property of the estate.[4]  Furthermore, the debtor received a discharge on May 2, 2025.  Therefore, the requested relief is moot.

**ACCORDINGLY, IT IS ORDERED** that the Motion for Authority to Redeem Personal Property is denied as moot.

SIGNED 05/13/2025

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] ECF No. 12)
[2] ECF No. 12, page 51.
[3] See ECF Nos. 18, 20, and 26.
[4] *In re Rashidi*, 2025 WL 73067 (Bankr. N.D. Tex. Jan. 10, 2025); 11 U.S.C. § 521(a)(7).